# UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAMES LENAU** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 1:26-cv-12210-WGY |
| | ) |
| | ) |
| **RTS LISTINGS, LLC** | ) |
| | ) |
| | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Jeremiah Flores, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to RTS LISTINGS, LLC in Orange County, CA on May 21, 2026 at 7:34 pm at 414 Hillcrest Ave, Placentia, CA 92870-4107 by leaving the following documents with Alex Martin who as Owner is authorized by appointment or by law to receive service of process for RTS LISTINGS, LLC.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL, CIVIL COVER SHEET

Additional Description:
Alex Martin, a 17-year-old, claimed to be the owner of RTS. When asked if any adults were home, he stated that there were none.
Race: Asian, Sex: Male, Est. Age: 15-17, Hair: Brown, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=33.88373655,-117.8601869333
Photograph: See Exhibit 1

Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Los Angeles County                               ,

CA       on    5/28/2026           .

/s/ *Jeremiah Flores*

Signature
Jeremiah Flores
+1 (714) 860-9999

Exhibit 1a)

