**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

JAMES LENAU, individually and on behalf
of all others similarly situated

            Plaintiff,

v.

RTS LISTINGS, LLC,

            Defendant.

                                    /

CIVIL ACTION FILE NO. 1:26-cv-12210-WGY

**MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT**

COMES NOW Plaintiff, pursuant to Fed. R. Civ. P. 55(a), hereby files this Motion for Clerk's Entry of Default against RTS Listings, LLC ("Defendant") in the above-styled action. Mr. Lenau respectfully requests that the Clerk of Court enter default as the Defendant has failed to serve or file an answer to Plaintiff's claims in this action within the time permitted by law or otherwise.

Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." See Fed. R. Civ. P. 12(a)(1)(A)(i). Federal Rule of Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk <u>must</u> enter the party's default." See Fed. R. Civ. P. 55(a) (emphasis added).

Here, Defendant RTS Listings, LLC was duly served with the Summons and Complaint on May 21, 2026. Proof of service was filed with the Court on May 28, 2026. ECF No. 4.

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's response to the Complaint was due no later than June 11, 2026.

More than three weeks have elapsed since Defendant's response deadline. Defendant has failed to answer, move, plead, or otherwise defend this action. No extension of time has been requested from or granted by the Court. Although Plaintiff has communicated with attorney John E. Carter, who advised prior to service that he was not authorized to accept service on Defendant's behalf, Mr. Carter subsequently confirmed he would notify Defendant that its response to the Complaint was overdue and advised that he believed that a settlement offer was still open. Despite those communications, no appearance has been filed on behalf of Defendant and no responsive pleading has been served.

Accordingly, the Plaintiff requests that the Clerk enter the Defendant's default pursuant to Fed. R. Civ. P. 55(a).

**CONCLUSION**

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Clerk of Court enter default against Defendants pursuant to Fed. R. Civ. P. 55(a).

Dated: June 27, 2026

PLAINTIFF,
By his attorneys

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on this on all counsel of record via the Court's CM/ECF system.

*/s/ Anthony I. Paronich*