UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 26cv12210-WGY

James Lenau
**Plaintiff**

v.

RTS Listings, LLC
**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff(s), James Lenau, for an order of Default for failure of the Defendant(s), RTS Listings, LLC, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant(s) have been defaulted June 29, 2026.

Robert M. Farrell,
Clerk of Court

By: /s/Matthew A. Paine

Deputy Clerk